UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-1100-MWF (FFMx)**                                Dated: June 5, 2017

Title:      Adolfo Estrada, et al. v. Gate Gourmet, Inc., et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

            Connie Lee                              Lisa M. Gonzalez
            Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

            Philip P. DeLuca                        Ryan C. Bykerk


PROCEEDINGS:   MOTION TO DISMISS FIRST AMENDED COMPLAINT AND TO
               DISMISS-STRIKE REQUEST FOR PUNITIVE DAMAGES [13]

               PLAINTIFFS' MOTION TO REMAND CASE TO LOS ANGELES
               SUPERIOR COURT, SOUTHWEST DISTRICT [23]


     The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

     Case called, and counsel make their appearance. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.


                                                    Initials of Deputy Clerk   CL
                            -1-                           00:02   min